liam W. Bride, Vernon E. West, and *Francis H. Stephens* for petitioners. No appearance for respondent. █

No. 247. GREAT NORTHERN RY. CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. F. G. Dorety* and *J. P. Plunkett* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner, W. Marvin Smith, Clarence M. Charest,* and *Percy S. Crewe* for respondent. █

No. 248. CHESAPEAKE & OHIO RY. CO. *v.* FULTZ, ADMINISTRATRIX; and

No. 249. SAME *v.* SAME. October 13, 1930. Petition for writs of certiorari to the Appellate Court of Indiana and to the Supreme Court of Indiana denied. *Mr. Albert H. Cole* for petitioner. *Messrs. Tom Davis* and *Ernest A. Michel* for respondent. Reported below: 161 N. E. 835.

No. 250. NICKMAN *v.* NEW YORK LIFE INS. CO. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John A. Cline* for petitioner. *Mr. James R. Garfield* for respondent. █

No. 251. RUBIO *v.* COLLECTOR OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. C. A. DeWitt, E. A. Perkins, Dean Hill Stanley,* and

*David A. Buckley, Jr.,* for petitioner. *Messrs. Wm. Cattron Rigby, W. A. Graham,* and *Edward A. Kreger* for respondent.

No. 253. FIRST NATIONAL BANK ET AL. *v.* BOARD OF SUPERVISORS. October 13, 1930. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. W. L. Guice* and *T. J. Wills* for petitioners. No appearance for respondent.

No. 254. JAMES *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert E. Coulson, Oscar W. Underwood, Jr.,* and *H. C. Kilpatrick* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Charles R. Pollard* for the United States.

No. 255. JAMES ET AL. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert E. Coulson, Oscar W. Underwood, Jr.,* and *H. C. Kilpatrick* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *Charles H. Pollard* for the United States.

No. 257. CHESAPEAKE & OHIO RY. CO. *v.* SMITH. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fred C. Rector* for petitioner. No appearance for respondent.